```
LAWRENCE G. BROWN
Acting United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:09-cr-00270 LJO |
| Plaintiff, ) | STIPULATION AND ORDER FOR CONTINUANCE |
| v. ) | |
| JUAN CARDENAS, et al. ) | |
| Defendants. ) | |

   IT IS HEREBY STIPULATED by and between Lawrence G. Brown, Acting United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Robert Lyons, Eric Green, Adrian Dell, Charles Lee, Harry Drandel and Richard Beshwate, Jr., attorneys for defendants, move for the status conference currently set for October 30, 2009 to be continued to January 15, 2010 at 9:00 a.m.

   On October 5, 2009, the government sent a package offer to the defendants which one defendant rejected. However, today the government was apprised of new information that needs to be developed and could significantly affect the plea negotiations in this case. Attorney Lyons has several trials in and out of state, and in order to complete necessary pretrial investigation

1  and plea negotiations, he needs additional time and requests the
2  January 15, 2010 date.  Undersigned counsel is set to begin a
3  trial that is anticipated to last 8-9 weeks.  Although
4  undersigned counsel will be able to proceed with additional
5  investigation and negotiations in this case, additional time is
6  requested to complete those items.  Attorneys Beshwate, Dell,
7  Green, Drandell and Lee have all agreed to the request to
8  continue the status conference to January 15, 2010.
9      Thus, the parties respectfully request this Honorable Court
10 to grant their request to continue the status conference in the
11 above-captioned matter to January 15, 2010. The parties further
12 request that time be excluded for continuity of counsel, further
13 pretrial investigation and plea negotiations.

Dated: October 27, 2009          Respectfully submitted,

                                 LAWRENCE G. BROWN
                                 Acting United States Attorney


                             By    /s/ Kimberly A. Sanchez
                                 KIMBERLY A. SANCHEZ
                                 Assistant U.S. Attorney

Dated: October 27, 2009           /s/ Robert Lyons
                                 ROBERT LYONS
                                 Attorney for Juan Cardenas


Dated: October 27, 2009           /s/ Eric Green
                                 ERIC GREEN
                                 Attorney for Juan Rangel

Dated: October 27, 2009           /s/ Adrian Dell
                                 ADRIAN DELL
                                 Attorney for Miguel Padilla

Dated: October 27, 2009           /s/ Richard Beshwate
                                 RICHARD BESHWATE
                                 Attorney for Victor Solorio

```
Dated: October 27, 2009            /s/ Charles Lee
                                   CHARLES LEE
                                   Attorney for Gustavo Vargas

Dated: October 27, 2009            /s/ Harry Drandell
                                   HARRY DRANDELL
                                   Attorney for Melissa Cruz
```

  Good Cause has been stated for the continuance pursuant to stipulation.  Time is waived for the reasons agreed upon.  The matter is continued as requested EXCEPT the time will be at 8:50 a.m. so that this number of counsel will not be waiting through the 9 a.m. calendar.

IT IS SO ORDERED.

**Dated:   October 28, 2009**            /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE