1  IRVIN L. SIMONS (182082)

2  LAW OFFICES OF ROBERT W. LYONS
   295 West Winton Avenue
3  Hayward, California 94544
   Telephone:  (510) 782-6161
4  Facsimile:  (510) 782-3519

5  Attorney for Defendant
   JUAN CARDENAS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| UNITED STATES OF AMERICA, | ) | Case No.: 1:09CR00270-001 LJO |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | ) | |
| JUAN CARDENAS, | ) | **NOTE NEW DATE: 8/27/2010** |
| Defendant. | ) | |

The parties by and through their counsel of record, hereby stipulate to the following:

The parties have jointly agreed that the current hearing date of Thursday, July 16, 2010 be continued until Thursday, August 20, 2010.  The reason for the continuance is that Attorney Irvin Simons needs additional time for further investigation and research into the defendants criminal history and background.

Date:  July 12, 2010          /s/ Irvin L. Simons
                              ROBERT W. LYONS
                              Attorney for Cesar Sanchez-Reyes

Date:  July 12, 2010          /s/ Kimberly Sanchez
                              KIMBERLY SANCHEZ
                              Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING - 1

## **ORDER**

It is hereby ordered that the sentencing hearing currently scheduled for July 16, 2010 be continued to August 27, 2010 by stipulation of the parties.

Date: July 13, 2010                                  /s/ Lawrence J. O'Neill_____
                                                     Hon. Lawrence J. O'Neill
                                                     United States District Court Judge