UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 1:09CR00270-001 LJO |
| ) | |
| Plaintiff, ) | ORDER TO FILE SENTENCING |
| ) | MEMORANDUM AND MOTION FOR |
| vs. ) | DOWNWARD DEPARTURE ON BEHALF |
| ) | OF JUAN CARLOS CARDENAS UNDER |
| JUAN CARLOS CARDENAS, ) | SEAL |
| ) | |
| Defendant ) | |

IT IS HEREBY ORDERED that the Sentencing Memorandum and Motion for Downward Departure on behalf of Juan Carlos Cardenas be filed UNDER SEAL.

Dated: September 7, 2010

_____

                                      __/s/ Lawrence J. O'Neill
                                       Honorable Lawrence J. O'Neil
                                       United States District Judge